scratching, fighting and kicking the appellant, she was able to frustrate his attempt to offer her the violence to accomplish his purpose, which from his actions, the jury concluded was to rape her.

 We are of the opinion that the complained of remark of the State's attorney as alluded to in the original opinion was in answer to a statement of appellant's attorney; and further, in view of the jury awarding the lowest penalty herein, we are not inclined to reverse this cause thereon. See 4 Tex.Jur. p. 595, sec. 417.; also 42 Tex.Jur. p. 350, sec. 277.

The motion will be overruled.

GRAVES, Judge.

The conviction is for driving a motor vehicle upon a public street while under the influence of intoxicating liquor. The punishment assessed is a fine of $50.00.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is affirmed.

